JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSSYO ORTIZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ASTROPHYSICS, INC., a Delaware corporation; LEE HECHT HARRISON, LLC, a Delaware limited liability company; MARK ZAYEK, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:24-cv-06678-CBM-BFM<br><br>**ORDER GRANTING DISMISSAL OF THIS MATTER WITHOUT PREJUDICE [31]**<br><br>Assigned to the Hon. Consuelo B. Marshal Magistrate Judge Brianna Fuller Mircheff |

Pursuant to the stipulation of the parties and good cause appearing, this matter is hereby dismissed without prejudice in its entirety, including, but not limited to, all claims, causes of action, and parties, with each party to bear its own attorney's fees, costs and litigation expenses.

Dated: May 13, 2026

Consuelo B. Marshall
United States District Judge